<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 06-2275**

JOYCE JOANNE WOOLRIDGE,

Plaintiff - Appellant,

versus

SECURITAS SECURITY SERVICES USA, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.   (3:06-cv-00573-REP)

Submitted: March 22, 2007                  Decided: March 27, 2007

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joyce Joanne Woolridge, Appellant Pro Se.   Robert G. Ames, Lesley Anne Pate, VENABLE, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Joanne Woolridge appeals the district court's order granting the Defendant's motion to dismiss her civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woolridge v. Securitas Sec. Servs. USA, Inc., No. 3:06-cv-00573-REP (E.D. Va. filed Nov. 21, 2006; entered Nov. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED